Arthur C. VanKirk, defendant in error, v. Morris Fibre Board Company, plaintiff in error. Gen. No. 6,601.

Action to recover unearned wages following wrongful discharge of employee. Judgment for plaintiff. Error to the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 4, 1919.

Smith, Smith & Smith, for plaintiff in error. Frank H. Hayes, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Nathan Grisson, appellee, v. Trustees of the Second Baptist Church of Pontiac, Illinois, appellants. Gen. No. 6,631.

Appeal from the Circuit Court of Livingston county; the Hon. G. W. Patton, Judge, presiding. Heard in this court at the October term, 1918. Affirmed, bond on appeal from justice to Circuit Court being insufficient. Opinion filed April 4, 1919.

Arthur A. Lowry, for appellants. Louis F. Strawn, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

Ersmo Paglia, appellant, v. Chicago, Milwaukee & Gary Railway Company, appellee. Gen. No. 6,636.

Action by trespasser on engine to recover for injuries caused by collision with car. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 4, 1919.

C. E. Jamison and Gus S. Brown, for appellant; Karl J. Mohr and Frank M. Ryan, of counsel. A. D. Early and B. B. Early, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

Peter Pelias, appellee, v. Mathew Ch Dragajtis, appellant. Gen. No. 6,612.

Trial of right of property. Judgment for plaintiff. Appeal from the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 4, 1919.

Faulkner & Faulkner, for appellant. T. V. Gorey, for appellee; O'Donnell, Donovan & Bray, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.